**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| REBECCA LYNNE COLBERT,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHLAND INDUSTRIES, INC., JOYSON KSS AUTO SAFETY S.A., JOYSON SAFETY SYSTEMS f/k/a KEY SAFETY SYSTEMS, HONDA MOTOR CO., LTD., HONDA R & D CO., LTD., AMERICAN HONDA MOTOR CO., INC., AND HONDA DEVELOPMENT & MANUFACTURING OF AMERICA, LLC f/k/a HONDA OF AMERICA MFG., INC.,<br><br>Defendants. | Civil Action Case No. 4:21-cv-02034-JD<br><br><br><br>**NOTICE OF FILING PROOF OF SERVICE OF PROCESS** |

**TO:    THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

The Plaintiff, through her undersigned counsel, hereby files the following proofs of service of process on the following Defendants:

1. Exhibit A, Affidavit of Personal Service on Defendant Highland Industries Inc. dated August 10, 2021;

2. Exhibit B, Affidavit of Personal Service on Defendant Joyson Safety Systems dated August 10, 2021;

3. Exhibit C, Affidavit of Personal Service on Defendant American Honda Motor Co., Inc. dated August 10, 2021; and

4. Exhibit D, Affidavit of Personal Service on Defendant Honda Development & Manufacturing of America, LLC dated August 10, 2021.

*[signature block appears on following page]*

Respectfully submitted,

                                By: /s/ Kevin R. Dean_____
                                     Kevin R. Dean, Esq.
                                     John D. O'Neill, Esq.
                                     MOTLEY RICE LLC
                                     28 Bridgeside Boulevard
                                     Mount Pleasant, South Carolina 29464
                                     Phone: (843) 216-9000
                                     Fax: (843) 216-9450
                                     kdean@motleyrice.com
                                     jdoneill@motleyrice.com

                                   *Attorneys for Plaintiff*

Mount Pleasant, South Carolina

Dated: August 20, 2021