# Exhibit A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| REBECCA LYNNE COLBERT,<br><br>*Plaintiff(s)*<br>v.<br>Highland Industries, Inc., Joyson KSS Auto Safety S.A., Joyson Safety Systems f/k/a Key Safety Systems, Honda Motor Co., Ltd., Honda R&D Co., Ltd., America Honda Motor Co., Inc., and Honda Development & Manufacturing of America, LLC f/k/a Honda of America Mfg., Inc.,<br>*Defendant(s)* | Civil Action No. 4:21-cv-2034-JD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Highland Industries, Inc.
c/o Corporation Service Company
508 Meeting Street
West Columbia, SC 29169

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin R. Dean, Esq. and John David O'Neill, Esq., Motley Rice LLC, 28 Bridgeside Blvd., Mount Pleasant, SC 29464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 07/09/2021

Robin L. Blume
*CLERK OF COURT*

s/H.Ciccolella, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __HIGHLAND INDUSTRIES, INC.__
was received by me on *(date)* __08.09.21__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __LINDSAY SWAIM__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __CORPORATION SERVICE COMPANY__ on *(date)* __08.10.21__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __08.10.21__

_____
Server's signature

__TRICIA FLOWERS, PROCESS SERVER__
Printed name and title

__4711 FOREST DRIVE, SUITE 3-153__
__COLUMBIA, SC 29206__
Server's address

Additional information regarding attempted service, etc: