# Exhibit C

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

REBECCA LYNNE COLBERT,

*Plaintiff(s)*

v.

Highland Industries, Inc., Joyson KSS Auto Safety S.A., Joyson Safety Systems f/k/a Key Safety Systems, Honda Motor Co., Ltd., Honda R&D Co., Ltd., America Honda Motor Co., Inc., and Honda Development & Manufacturing of America, LLC f/k/a Honda of America Mfg., Inc.,

*Defendant(s)*

Civil Action No. 4:21-cv-2034-JD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   American Honda Motor Co., Inc.
c/o CT Corporation System
2 Office Park Court, Ste. 103
Columbia, SC 29223

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin R. Dean, Esq. and John David O'Neill, Esq., Motley Rice LLC, 28 Bridgeside Blvd., Mount Pleasant, SC 29464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date:   07/09/2021

s/H.Ciccolella, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AMERICAN HONDA MOTOR CO, INC.

was received by me on *(date)* 08.09.21 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* LISA CULLER , who is

designated by law to accept service of process on behalf of *(name of organization)* CT CORPORATION

SYSTEM, REGISTERED AGENT on *(date)* 08.10.21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08.10.21

_____
*Server's signature*

TRICIA FLOWERS, PROCESS SERVER
*Printed name and title*

4711 FOREST DRIVE, SUITE 3-153
COLUMBIA, SC 29206
*Server's address*

Additional information regarding attempted service, etc: